ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>4 HERMÈS BIRKIN BAGS,<br><br>8 ROLEX WATCHES,<br><br>SERRANO GOLF CLUB GOLF MEMBERSHIP NO. 1223,<br><br>REAL PROPERTY LOCATED AT 4541 GRESHAM DRIVE, EL DORADO HILLS, CALIFORNIA, EL DORADO COUNTY, APN: 123-110-014-000,<br><br>2022 TESLA MODEL S PLAID, 4-DOOR SEDAN, VIN: 5JYSA1E61NF485184, CA LICENSE NO. BETTY29,<br><br>1967 CAMARO V8 SPORT COUPE, VIN: 124377L164277, CA LICENSE NO. SIK67RS,<br><br>8 JUDITH LEIBER CLUTCH BAGS LISTED IN EXHIBIT 3,<br><br>LOUIS VUITTON HANDBAGS, FOOTWEAR, AND ACCESSORIES LISTED IN EXHIBIT 4,<br><br>YVES SAINT LAURENT HANDBAGS, FOOTWEAR, AND ACCESSORIES LISTED IN EXHIBIT 5, | 2:26-CV-01634-JDP<br><br>ORDER FOR PUBLICATION |

HANDBAGS, FOOTWEAR, AND ACCESSORIES FROM VARIOUS LUXURY BRANDS LISTED IN EXHIBIT 6,

JEWELRY AND ACCESSORIES LISTED IN EXHIBIT 7,

ART, COLLECTIBLES, AND RECREATIONAL EQUIPMENT LISTED IN EXHIBIT 8,

WINE LISTED IN EXHIBIT 9,

APPROXIMATELY $2,450.07 HELD IN WELLS FARGO BANK ACCOUNT NO. 7703723606,

APPROXIMATELY $7,830.45 HELD IN CHARLES SCHWAB ACCOUNT NO. 440019496379, AND

APPROXIMATELY $12,801.45 HELD IN COINBASE USER ID 6116deefab8f9f251494489c,

Defendants.

Pursuant to the Application for Publication filed herein, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. That publication be made as follows:

a. One publication;

b. Thirty (30) consecutive days;

c. On the official internet government forfeiture site www.forfeiture.gov;

d. The publication is to include the following:

(1) The Court and case number of the action;

(2) The date of the seizure/posting;

(3) The identity and/or description of the property seized/posted;

(4) The name and address of the attorney for the United States;

(5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

IT IS SO ORDERED.

Dated: August 31, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT 1 - Hermès Birkin Bags**

| Color | Description | Reference No. | Seizure Location |
|---|---|---|---|
| White | Hermès Birkin 35 White Swift Palladium Hardware Purse | 0649 | 4541 Gresham Drive, El Dorado Hills, California |
| Black | Hermès Birkin ToGo Palladium Hardware Purse | 1084 | 4541 Gresham Drive, El Dorado Hills, California |
| Pink | Hermès Birkin Epsom Leather Palladium Hardware Purse | 1085 | 4541 Gresham Drive, El Dorado Hills, California |
| Black | Hermès Birkin Evelyne 16 TPM Crossbody Taurillon Clemence Vermillon Crossbody Bag | 1086 | 4541 Gresham Drive, El Dorado Hills, California |

**EXHIBIT 2 – Rolex Watches**

| Description | Serial No. | Reference No. | Seizure Location |
|---|---|---|---|
| Rolex Datejust Stainless Steel and Diamond Bracelet Watch | 7C48U085 | 94260012-02 | 4541 Gresham Drive, El Dorado Hills, California |
| Rolex Cosmograph Daytona 18K Rose Gold Wristwatch | 82H978A5 | 94260012-03 | 4541 Gresham Drive, El Dorado Hills, California |
| Rolex Day-Date 18K Rose Gold Bracelet Watch | 78X216J4 | 94260012-04 | 4541 Gresham Drive, El Dorado Hills, California |
| Rolex Yacht-Master 18K Rose Gold and Diamond Wristwatch | W9418276 | 94260012-05 | 4541 Gresham Drive, El Dorado Hills, California |
| Rolex GMT-Master II "Meteorite Pepsi" 18K White Gold Bracelet Watch | 4N70N561 | 94260012-06 | 4541 Gresham Drive, El Dorado Hills, California |
| Rolex Submariner Date 18K Yellow Gold and Stainless Steel Bracelet Watch | 314Q5394 | 94260012-07 | 4541 Gresham Drive, El Dorado Hills, California |
| Rolex Yacht-Master 18K White Gold Wristwatch | M3J29028 | 94260012-08 | 4541 Gresham Drive, El Dorado Hills, California |
| Rolex Sky-Dweller 18K Rose Gold Bracelet Watch | SP028945 | 94260012-09 | 4541 Gresham Drive, El Dorado Hills, California |

**EXHIBIT 3 - Judith Leiber Clutch Bags**

| Designer | Description | Color | Reference No. |
|---|---|---|---|
| Judith Leiber | Brick Phone Text Me Crystal-Embellished Clutch | Pink | 227 |
| Judith Leiber | x Sanrio Hello Kitty Crystal Top-Handle Bag | White and Red | 559 |
| Judith Leiber | X-Ray Spy Kit Crystal-Embellished Clutch | Black | 560 |
| Judith Leiber | Hot Lips Crystal-Embellished Silver-Tone Clutch | Red | 561 |
| Judith Leiber | Cherry Cupcake Crystal-Embellished Clutch | Pink and White | 562 |
| Judith Leiber | Stack of Cash Billion Crystal-Embellished Clutch | Black and White | 563 |
| Judith Leiber | Natalie Crystal Clutch Shoulder Bag | Champagne Gold | 569 |
| Judith Leiber | Soft Boom Box Couture Bag | Silver | 838 |